**FILED**

05/22/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0259

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 19-0259

_____

DONNIE NOLAN,

      Petitioner and Appellant,

    v.

STATE OF MONTANA,

      Respondent and Appellee.

_____

ORDER

MAY 2 2 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

Donnie Nolan moves this Court "to Compel Objection to [the State's] last Motion" for an extension of time to file its response brief. He contends that this Court's Appellate Rules of Procedure have been applied inequitably to him because he received only one extension of time to file his opening brief while the State has received several extensions.

Nolan's motion is not warranted. Nolan is incorrect in his logic, and his arguments are not clear. The Montana Uniform District Court Rules do not apply to this Court. Section 25-19-Rule 15, MCA. A motion to compel is not applicable in a postconviction proceeding. Section 46-21-201(1)(c), MCA. This Court gave Nolan, in an August 15, 2019 Order, thirty more days to file an opening brief before we dismissed his case because his brief was overdue. Nolan never filed an extension of time with this Court. We point out that since his instant motion's filing, the State has filed its response brief. Nolan's reply brief is due on or before June 3, 2020. Therefore,

IT IS ORDERED that Nolan's "Motion: To Compel Objection to last Motion Extension To be Answer in Motion Form" is DENIED AND DISMISSED.

The Clerk is directed to provide a copy herein to: counsel of record and Donnie Nolan. DATED this 22nd day of May, 2020.

For the Court,

By _____
               Chief Justice